No. 16,365.

KENNEDY *v.* THE PEOPLE.

(216 P. [2d] 431)

Decided March 6, 1950.

Mr. F. NELSON PABST, for plaintiff in error.

Mr. JOHN W. METZGER, Attorney General, Mr. RAYMOND B. DANKS, Assistant for the people.

*En Banc.*

MR. CHIEF JUSTICE HILLIARD delivered the opinion of the court.

IN all essentials, the record here is comparable to that in *Hardin v. People,* 121 Colo. 375, 216 P. (2d) 429, decided this day. The parties are represented by the same counsel, and their respective briefs are not different from those in the Hardin case. On the authority of the opinion in that case, the writ of error issued herein is not maintainable.

Let the judgment be affirmed.